# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOHN ANTHONY ROBERTS, SR.,
LISA MOSS ROBERTS, AND JOHN
ROBERTS, JR.

VERSUS

HOSPITAL SERVICE DISTRICT
NO. 1 OF TANGIPAHOA PARISH
D/B/A NORTH OAKS HEALTH
SYSTEM AND/OR NORTH OAKS
MEDICAL CENTER, LLC, NORTH
OAKS ORTHOPAEDIC SPECIALTY
CENTER

NO.  2020 CW 0630

**JANUARY 21, 2021**

---

In Re:   Hospital Service District No. 1 of Tangipahoa Parish
         d/b/a North Oaks Health System and/or North Oaks
         Medical Center, LLC, North Oaks Orthopaedic Specialty
         Center, applying for supervisory writs, 21st Judicial
         District Court, Parish of Tangipahoa, No. 20160000432.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT DENIED.**

                              **JMG**
                              **WIL**

   **McClendon, J.,** dissents and would not consider the
writ. Since this writ application concerns post-trial motions
following a trial on the merits, I would have requested that the
relator provide the court with the trial transcript and copies
of all documentary evidence admitted at the trial for a proper
review and would have allowed an opportunity to file a new writ
application with these items.

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
             FOR THE COURT